**File Hashes for IP Address 207.181.235.235**

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/22/2013 16:33:05 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/20/2013 06:46:07 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 11/27/2012 05:35:23 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 11/27/2012 05:32:36 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 11/27/2012 05:31:48 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 10/07/2012 05:45:46 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 08/02/2012 12:09:36 | 1E1888B4C8CAAD426E92FC980B348E8C8A89520B | Wet Dream |
| 08/02/2012 12:07:23 | 30A47D0D5B34B20F20E9F5DC93D7F861138CDA3E | Positively In Love |
| 07/25/2012 06:27:20 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 07/18/2012 23:13:53 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 05/14/2012 09:51:31 | 7377228D4E4CC0E3AE5817611FC77DBF009AADDC | Pretty Back Door Baby |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL46