**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>NORMA BARTOLOME, )<br>)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Case No. <u>1:13-cv-02427</u> |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN
<u>WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT</u>**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which it has to effectuate service on Defendant, and states:

　　　　1.　　On July 26, 2013, Plaintiff amended its Complaint to name the Defendant which was identified to Plaintiff by the ISP and filed a proposed summons to be issued by the Clerk.

　　　　2.　　The summons was issued by the Clerk on the same day and was received by undersigned on July 29, 2013. Upon receipt of the summons, undersigned instructed its process server to begin attempting to serve Defendant. To date, the Defendant has not been served.

　　　　3.　　Pursuant to Rule 4(m), Plaintiff is required to effectuate service on Defendant by no later than today, July 30, 2013.

　　　　4.　　Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended by thirty (30) days, or until August 29, 2013.

1

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until August 29, 2013. A proposed order is attached for the Court's convenience.

Dated: July 30, 2013

    Respectfully submitted,

    SCHULZ LAW, P.C.

By:   /s/ *Mary K. Schulz*
    Mary K. Schulz, Esq.
    1144 E. State Street, Suite A260
    Geneva, Il 60134
    Tel: (224) 535-9510
    Fax: (224) 535-9501
    Email: schulzlaw@me.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Mary K. Schulz*